IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 03–cv–00905-EWN-MJW

TOBIN WOODLEE,

    Plaintiff,

v.

JO ANNE BARNHART, Commissioner of Social Security,

    Defendant.

## ORDER

In compliance with the mandate received November 2, 2005 from the United States Court of Appeals for the Tenth Circuit, this case is now remanded to the Commissioner for a dismissal of these proceedings with prejudice.

Dated this 8th day of November, 2005.

BY THE COURT:

s/ Edward W, Nottingham
EDWARD W. NOTTINGHAM
United States District Judge